# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Matthew Rogers**, individually and on Behalf of a class of all persons and entities Similarly situated, : : : : : **Plaintiff**, : : v. : : **Luxury Presence, Inc.**, : : **Defendants**. : : | C.A. No. 1:25-cv-01345-MN<br><br><br><br><br><br><br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## ENTRY OF APPEARANCE

WITHOUT WAIVER of any affirmative defenses, including but not limited to insufficiency of process, lack of personal and/or subject matter jurisdiction, failure to state a claim upon which relief can be granted and/or statute of limitations;

PLEASE ENTER THE APPEARANCES of Matthew R. Hindley, Esquire and Samuel J. Conrad, Esquire on behalf of Defendant Luxury Presence, Inc.

**REGER RIZZO DARNALL LLP**

*/s/Matthew R. Hindley, Esquire*
Matthew R. Hindley, Esquire (#6002)
*/s/ Samuel J. Conrad, Esquire*
Samuel J. Conrad, Esquire (#7386)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE  19803
(302) 477-7100
mhindley@regerlaw.com
sconrad@regerlaw.com
*Attorneys for Defendant Luxury Presence, Inc.*

Dated: December 11, 2025

# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Matthew Rogers**, individually and on Behalf of a class of all persons and entities Similarly situated, | : <br> : C.A. No. 1:25-cv-01345-MN <br> : |
| Plaintiff, | : |
| v. | : |
| **Luxury Presence, Inc.,** | : |
| Defendants. | : TRIAL BY JURY OF <br> : TWELVE DEMANDED |

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 11th day of December, 2025 that a copy of the **Entry of Appearance** has been served electronically through CM/ECF upon all counsel of record.

**REGER RIZZO DARNALL LLP**

*/s/Matthew R. Hindley, Esquire*
Matthew R. Hindley, Esquire (#6002)
*/s/ Samuel J. Conrad, Esquire*
Samuel J. Conrad, Esquire (#7386)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE  19803
(302) 477-7100
mhindley@regerlaw.com
sconrad@regerlaw.com
*Attorneys for Defendant Luxury Presence, Inc.*

Dated: December 11, 2025