## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | C. A. NO.: 1:25-cv-01345-MN  JURY TRIAL DEMANDED |
| Plaintiff, | : : : | |
| v. | : : | |
| LUXURY PRESENCE, INC., | : : | |
| Defendant. | : | |

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, (the "Plaintiff") and LUXURY PRESENCE, INC., (the "Defendant" together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to Plaintiff's Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.　The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise respond to the Complaint [Document 1] in the above-captioned adversary proceeding is hereby extended to and including December 23, 2025.

2.　Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

*-Remainder of Page Intentionally Left Blank-*

| | |
|---|---|
| **COOCH AND TAYLOR, P.A.** | **REGER RIZZO DARNALL LLP** |
| */s/ Dean R. Roland, Esquire* | */s/ Matthew R. Hindley, Esquire* |
| Dean R. Roland, Esquire (ID No. 6459) | Matthew R. Hindley, Esquire (ID No. 6002) |
| 1000 Nor West St., Suite 1500 | Brandywine Plaza West |
| P.O. Box 1680 | 1521 Concord Pike, Suite 305 |
| Wilmington, DE 19899-1680 | Wilmington, DE 19801 |
| (302) 984-3851 | (302) 477-7118 |
| droland@coochtaylor.com | mhindley@regerlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated: December 11, 2025

      IT IS SO ORDERED this _____ day of December, 2025.

---------------------------------------------------------

The Honorable Maryellen Noreika