# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, | : : : | C. A. NO.: 1:25-cv-01345-MN |
| | : : | JURY TRIAL DEMANDED |
| Plaintiff, | : : : | |
| v. | : : | |
| LUXURY PRESENCE, INC., | : : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of attorney Daniel A. Richards, Esquire of the law firm Davis Graham, 3400 Walnut Street, Suite 700, Denver, CO 80205 to represent Defendant.

**REGER RIZZO DARNALL LLP**

*/s/Matthew R. Hindley, Esquire*
Matthew R. Hindley, Esquire (#6002)
*/s/ Samuel J. Conrad, Esquire*
Samuel J. Conrad, Esquire (#7386)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE  19803
(302) 477-7100
mhindley@regerlaw.com
sconrad@regerlaw.com
*Attorneys for Defendant Luxury Presence, Inc.*

Dated: December 15, 2025