## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Colorado, the Bar of the State of New York, the United States District Court for the District of Colorado, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 6, 2016, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: December 15, 2025

 

_____
Daniel A. Richards, Esquire
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Tel. (303) 892-9400
Daniel.richards@davisgraham.com