## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Colorado, the State of Texas, and the United States District Court for the Western District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 6, 2016, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: December 15, 2025

*[signature]*
Ixchel Parr-Culver, Esquire
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Tel. (303) 892-9400
Ixchel.parrculver@davisgraham.com