**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : : : : : : : : : : | C. A. NO.: 1:25-cv-01345-MN<br><br>JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LUXURY PRESENCE, INC., | | |
| Defendant. | | |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Ixchel Parr-Culver, Esquire is GRANTED.

_____
The Honorable Maryellen Noreika