IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mathew Rogers,

v.

Luxury Presence, Inc.,

)
)
)

Civil Action No. 1:25-cv-01345-MN

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Raina C. Borrelli to represent Mathew Rogers in this matter.

*/s/ Dean R. Roland*
Dean R. Roland (No. 6459)
COOCH AND TAYLOR, P.A.
1000 North West St., Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3851
*Attorney for Mathew Rogers*

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

**ORDER GRANTING MOTION**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid X☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: */s/ Raina C. Borrelli*
Date: December 16, 2025
Raina Borrelli
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
raina@straussborrelli.com