# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, | : : : | C. A. NO.: 1:25-cv-01345-MN |
| | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Plaintiff, | : : : | |
| v. | : : | |
| LUXURY PRESENCE, INC., | : : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 23rd day of December, 2025 that a copy of the **Defendant Luxury Presence, Inc.'s Answer to the Complaint** has been served electronically through CM/ECF upon all counsel of record.

        **REGER RIZZO DARNALL LLP**

        */s/Matthew R. Hindley, Esquire*
        Matthew R. Hindley, Esquire (#6002)
        Samuel J. Conrad, Esquire (#7386)
        Brandywine Plaza West
        1521 Concord Pike, Suite 305
        Wilmington, DE  19803
        (302) 477-7100
        mhindley@regerlaw.com
        sconrad@regerlaw.com
        *Attorneys for Defendant Luxury Presence, Inc.*

Dated: December 23, 2025