## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated, | : : : | C. A. NO.: 1:25-cv-01345-MN |
| | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Plaintiff, | : : : | |
| v. | : : | |
| LUXURY PRESENCE, INC., | : : | |
| Defendant. | : | |

### DEFENDANT LUXURY PRESENCE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Luxury Presence, Inc., states that (i) it has no parent corporation and (ii) no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED this 23rd day of December 2025, by

       /s/ Matthew R. Hindley, Esquire
**REGER RIZZO DARNALL LLP**
Matthew R. Hindley, Esquire (#6002)
Samuel J. Conrad, Esquire (#7386)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
Phone: (302) 477-7100
Email: mhindley@regerlaw.com
         sconrad@regerlaw.com

**DAVIS GRAHAM & STUBBS LLP**
Daniel A. Richards
Ixchel Parr-Culver
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Phone: 303.892.9400
Email: daniel.richards@davisgraham.com
ixchel.parrculver@davisgraham.com

*Attorneys for Defendant Luxury Presence, Inc.*