**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MATHEW ROGERS**, individually and on behalf of a class of all persons and entities similarly situated, ) ) ) ) | No. 1:25-cv-01345 (MN) |
| Plaintiff, ) ) ) | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| v. ) ) | |
| **LUXURY PRESENCE, INC**. ) | |
| Defendant. | |

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff Mathew Rogers and Defendant Luxury Presence, Inc., by and through their attorneys, stipulate to the dismissal of all claims asserted by any party in this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees, costs, and expenses with respect to this action.

*[Counsel signatures to follow on next page.]*

1

RESPECTFULLLY SUBMITTED this 19th day of March, 2026.

**COOCH AND TAYLOR**

*/s/ Dean R. Roland*
Dean R. Roland
1000 N. West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3851
Fax: (302) 984-3939
droland@coochtaylor.com

**STRAUSS BORRELLI PLLC**

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice)*
Raina C. Borrelli (*pro hac vice)*
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
(872)263-1109
raina@straussborrelli.com
croman@straussborrelli.com

**PARONICH LAW, P.C.**

Anthony I. Paronich (*pro hac vice*)
350 Lincoln Street, Suite 2400
Hingham, MA  02043
(508) 221-510
anthony@paronichlaw.com

*Attorneys for Plaintiff Mathew Rogers*

**DAVIS GRAHAM & STUBBS LLP**

*/s/ Daniel A. Richards*
Daniel A. Richards (*pro hac vice*)
Ixchel Parr-Culver (*pro hac vice*)
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:  303.892.9400
Facsimile: 303.893.1379
daniel.richards@dgslaw.com
Ixchel.parrculver@davisgraham.com

**REGER RIZZO DARNALL, LLP**

Matthew R. Hindley (No. 6002)
Samuel J. Conrad (No. 7386)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE  19803
(302) 477-7100
mhindley@regerlaw.com
sconrad@regerlaw.com

*Attorneys for Defendant*
*Luxury Presence, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of March 2026, the foregoing document was filed using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel who have entered an appearance.

**COOCH AND TAYLOR**

*/s/ Dean R. Roland*
Dean R. Roland
1000 N. West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3851
Fax: (302) 984-3939
droland@coochtaylor.com

3